```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARC C. AMENT, Bar #59080
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  LARRY OCHOA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 1:08-cr-0262 LJO |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| v. | ) | CONFERENCE; ORDER |
| | ) | |
| LARRY OCHOA, | ) | |
| | ) | Date:  November 21, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the status conference in the above-entitled matter now set for October 10, 2008, **may be continued to November 21, 2008, at 9:00 a.m.**

This continuance is requested by counsel for defendant to complete defense preparation (the defense has retained an expert but she has not yet finished her work), and to attempt to resolve the case between the parties.

///

///

///

///

///

///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: October 8, 2008     By:   /s/  Sheila K. Oberto
SHEILA K. OBERTO
Assistant U.S. Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: October 8, 2008     By:   /s/  Marc C. Ament
MARC C. AMENT
Assistant Federal Defender
Attorney for Defendant

## ORDER

**Good cause exists to continue the status hearing, pursuant to the stipulation.** Time is excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   October 8, 2008**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE