IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  1:08-CR-00262-001 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| LARRY OCHOA, | |
| Defendant. | |

The above named defendant having been sentenced on September 19, 2016, to Time Served.

IT IS HEREBY ORDERED that the defendant shall be released forthwith.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **September 19, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE