HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHARLES J. LEE, CA #221057
ERIN SNIDER, CA #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:08-cr-00262-LJO |
|---|---|
| Plaintiff, | STIPULATION TO VACATE MOTION BRIEFING SCHEDULE AND SET FOR STATUS CONFERENCE; ORDER |
| vs. | |
| LARRY OCHOA, | Date: January 29, 2018 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Larry Ochoa, that the motion briefing schedule, including the motion hearing currently scheduled for January 29, 2018, be vacated and that this matter be set for a status conference on January 29, 2018, at 8:30 a.m.

On December 29, 2017, the defense filed a motion requesting an order directing The Counseling and Psychotherapy Center Inc. ("CPC") to disclose to Mr. Ochoa his treatment records. The defense was requesting these materials, in large part, in anticipation of filing a motion to suppress based on a possible violation of Mr. Ochoa's Fifth Amendment right against compelled self-incrimination. On January 10, 2018, the Ninth Circuit Court of Appeals issued a decision in *United States v. Hulen*, No. 16-30160 (9th Cir. Jan. 10, 2018). In *Hulen*, the Ninth Circuit held that a supervised release proceeding is not a "criminal case" for purposes of the Fifth

1  Amendment right against compelled self-incrimination. In light of the Ninth Circuit's ruling in

2  *Hulen*, the defense is reassessing its need for the CPC treatment records.

3  Accordingly, to save the government from needlessly preparing an opposition brief, the

4  parties agree to vacate the current motion briefing schedule, including the motion hearing

5  currently scheduled for January 29, 2018, and ask that this matter be set for a status conference

6  on January 29, 2018, at 8:30 a.m. By that date, the time for filing petition for rehearing *en banc*

7  in the *Hulen* case will have passed, and the defense will be able to advise the Court and

8  government whether it wishes to proceed with the current motion.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

Date: January 12, 2018        */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2018        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
LARRY OCHOA

## **O R D E R**

The motion briefing schedule is hereby vacated, including the motion hearing currently scheduled for January 29, 2018, and this matter is set for a status conference on January 29, 2018, at 8:30 a.m..

IT IS SO ORDERED.

Dated: **January 12, 2018**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE