HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHARLES J. LEE, CA #221057
ERIN SNIDER, CA #304781
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00262-LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| vs. | ) | CONFERENCE; ORDER |
| | ) | |
| LARRY OCHOA, | ) | Date: June 11, 2018 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence J. O'Neill |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel, Assistant United States Attorney David Gappa, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Larry Ochoa, that the status conference currently scheduled for April 9, 2018, be continued to June 11, 2018, at 8:30 a.m.

At the status conference on January 29, 2018, defense counsel informed the Court that a recent Ninth Circuit Court of Appeals' decision, *United States v. Hulen*, No. 16-30160 (9th Cir. Jan. 10, 2018), may affect a possible motion to suppress in this case but defense counsel was waiting to see if there were further developments, such as a petition for rehearing *en banc*. The Court continued the status conference to April 9, 2018, and requested that the parties contact the Court prior to the status conference if they were still waiting for further action in the *Hulen* case. On February 23, 2018, the defendant in *Hulen* filed a petition for rehearing and suggestion for rehearing *en banc*; however, the Ninth Circuit has not yet ruled on the petition.

Accordingly, because the Ninth Circuit's decision in *Hulen* will greatly impact how this case proceeds, the parties request that the Court continue the April 9, 2018 status conference to June 11, 2018, to allow for further time for the Ninth Circuit to rule on the petition for hearing and suggestion for rehearing *en banc*.

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 29, 2018         */s/ David Gappa*
DAVID GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 29, 2018         */s/ Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
LARRY OCHOA

## **O R D E R**

**IT IS SO ORDERED.** The status conference currently scheduled for April 9, 2018, is hereby continued to June 11, 2018, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **March 29, 2018**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE