# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LARRY OCHOA,<br><br>　　　　Defendant. | 1:08-cr-00262-LJO-1<br><br>**ORDER OF JUDGMENT PURSUANT TO OPINION OF THE CIRCUIT COURT (ECF No. 82)** |

The Court has received and reviewed the Opinion of the Ninth Circuit filed on July 29, 2019. Pursuant to the Order of Remand and subsequent Mandate, and in compliance with the Opinion of the Circuit Court, the following finding and order is issued:

The Petition of August 17, 2018, alleging a violation of term and condition nine of Supervised Release, and specifically the finding of truth resulting in the sentencing of October 1, 2018, that was the subject of the appeal is hereby dismissed. The Defendant is hereby found not guilty of the charged term and condition violation.

IT IS SO ORDERED.

Dated: **September 19, 2019**　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE