HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY OCHOA,<br><br>Defendant. | Case No. 1:08-cr-00262-NONE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: June 1, 2020<br>TIME: 2:00 p.m.<br>JUDGE: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference in the above-captioned matter now set for March 30, 2020, may be continued until June 1, 2020, at 2:00 p.m..

The parties are requesting additional time to confer to try to reach a resolution on this matter. Additionally, given recent developments and health advisements, certain in person meetings have been postponed and the parties believe a continuance of this status conference to avoid having all persons associated with this case come to the courthouse is in everyone's best interest at this time.

As this is a status conference on a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

///

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: March 16, 2020     By:   /s/ *Vincente Tennerelli*
                                VINCENTE TENNERELLI
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: March 16, 2020     By:   /s/ *Charles J. Lee*
                                CHARLES J. LEE
                                Assistant Federal Defender
                                Attorneys for Defendant
                                LARRY OCHOA

# **O R D E R**

IT IS SO ORDERED that the status conference in the above-entitled case shall be continued to June 1, 2020, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated:  **March 17, 2020**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE