McGREGOR W. SCOTT
United States Attorney
VINCENTE A. TENNERELLI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>LARRY OCHOA,<br><br>   Defendant. | CASE NO. 1:08-CR-00262-NONE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: June 1, 2020<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties request that the status conference in the above-captioned matter now set for June 1, 2020, be continued until July 1, 2020, at 2:00 p.m.

2. The parties are requesting additional time to confer to try to reach a resolution on this matter. Additionally, given recent developments and health advisements, certain in person meetings have been postponed and the parties believe a continuance of this status conference to avoid having all persons associated with this case come to the courthouse is in everyone's best interest at this time.

3. As this is a status conference on a supervised release violation, no exclusion of time is necessary under the Speedy Trial Act.

IT IS SO STIPULATED

Dated:  May 28, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ VINCENTE A. TENNERELLI
VINCENTE A. TENNERELLI
Assistant United States Attorney

Dated:  May 28, 2020

/s/ CHARLES J. LEE
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
LARRY OCHOA

**ORDER**

IT IS SO ORDERED.

Dated:   **May 29, 2020**

UNITED STATES MAGISTRATE JUDGE