1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorneys for Defendant
6  LARRY OCHOA

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      Case No.  1:08-cr-00262-NONE

12 |         Plaintiff,             STIPULATION AND ORDER TO CONTINUE
                                    STATUS CONFERENCE
13 | vs.

14 | LARRY OCHOA,                   DATE:  August 26, 2020
                                    TIME:  2:00 p.m.
15 |         Defendant.             JUDGE: Hon. Stanley A. Boone

16

17

18       IT IS HEREBY STIPULATED by and between the parties hereto, through their

19 respective counsel, that the status conference in the above-captioned matter now set for July 1,

20 2020, may be continued until August 26, 2020, at 2:00 p.m. before the duty magistrate.

21       The parties have been in discussions and believe this matter should resolve by the next

22 status conference.  Additionally, U.S. Probation Officer Adrian Garcia confirms Mr. Ochoa has

23 been in full compliance with all his conditions of supervision since his appearance on his

24 summons on this petition and has been in regular contact with the probation office.

25       As this is a status conference on a supervised release violation, no exclusion of time is

26 necessary under the Speedy Trial Act.

27 ///

28 ///

                                Respectfully submitted,

                                McGREGOR SCOTT
                                United States Attorney

DATED: June 30, 2020            By:     /s/ *Vincente Tennerelli*
                                                      VINCENTE TENNERELLI
                                                      Assistant United States Attorney
                                                      Attorney for Plaintiff

                                HEATHER E. WILLIAMS
                                Federal Defender

DATED: June 30, 2020            By:     /s/ *Charles J. Lee*
                                                      CHARLES J. LEE
                                                      Assistant Federal Defender
                                                      Attorneys for Defendant
                                                      LARRY OCHOA

## **O R D E R**

IT IS SO ORDERED that the status conference in the above-entitled case shall be continued to August 26, 2020, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  **June 30, 2020**                                             _[signature]_
                                                           UNITED STATES MAGISTRATE JUDGE