HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHARLES J. LEE, CA Bar #221057
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Nos. 1:08-cr-00262-NONE |
|---|---|
| Plaintiff, | **STIPULTION AND ORDER TO DISMISS SUPERVISED RELEASE VIOLATION PETITION AND VACATE STATUS CONFERENCE** |
| vs. | |
| LARRY OCHOA, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Vincent Tennerelli, counsel for plaintiff, and Assistant Federal Defender Charles J. Lee, counsel for defendant Larry Ochoa, along with supervising United States Probation Officer Adrian Garcia, that the supervised release violation petition filed January 30, 2020 (*see* Dkt. #86) be dismissed, that the status conference currently set for August 26, 2020, at 2:00 p.m., be vacated, and that Mr. Ochoa continue on supervision under the same terms and conditions of his supervised release previously imposed on October 1, 2018 (*see* Dkt. #69, 70).

A supervised release violation petition was filed in this case on January 30, 2020. *See* Dkt. #86. On February 21, 2020, Mr. Ochoa appeared before Judge Grosjean pursuant to a summons and was allowed to remain out of custody on all his previously imposed conditions.

Since that time, probation has increased the number of counseling sessions he has been attending both a Legacy Behavioral Health as well as at CPC. Mr. Ochoa's therapists have reported that Mr. Ochoa is responding positively to the increased counseling and the additional tools he is being taught, such as journaling.

Mr. Ochoa has been interested and receptive to even more counseling sessions in the form of group therapy session, but the Covid-19 pandemic has put those sessions on hold. Mr. Ochoa also had a workplace injury that he is navigating through the worker's compensation process and hopes to have the surgery to repair his knee soon. In light of Mr. Ochoa's positive response to the increased counseling and other measures probation has put in place since the petition was filed, the parties are agreeable that the instant violation petition may be dismissed and that Mr. Ochoa continue on supervision under the terms and conditions of his release previously imposed on October 1, 2018 (*see* Dkt. #69, 70).

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: August 24, 2020

*/s/ Vincent Tennerelli*
VINCENT TENNERELLI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 24, 2020

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
LARRY OCHOA

Ornelas – Stipulation
and Proposed Order

2

**O R D E R**

**IT IS HEREBY ORDERED** that the supervised release violation petition filed on January 30, 2020, be dismissed. Additionally, the August 26, 2020 status conference is hereby vacated. Mr. Ochoa is to remain on supervision and subject to the terms and conditions previously imposed on October 1, 2018.

IT IS SO ORDERED.

Dated:   **August 24, 2020**                              _Dale A. Drozd_
                                                                              UNITED STATES DISTRICT JUDGE

Ornelas – Stipulation
and Proposed Order

3