HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>LARRY OCHOA,<br><br>*Defendant.* | Case No. 1:08-cr-00262-JLT<br><br>**STIPULATION FOR RELEASE OF UNITED STATES PROBATION OFFICE RECORDS; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Larry Ochoa, that the Court may enter an order directing the United States Probation Office to produce to the parties the May 20, 2024 and November 2, 2024 chronological entries into the United States Probation Office record-keeping system. Supervisory United States Probation Officer Lee McSorley does not oppose this request.

   On November 5, 2024, the Probation Office filed a Petition for Warrant or Summons for Person Under Supervision alleging that Mr. Ochoa violated the conditions of his supervised release. The violations arise out of a May 20, 2024 home visit during which a probation officer allegedly instructed Mr. Ochoa that he was not allowed to have minors inside his household and a subsequent November 2, 2024 home visit during which a probation officer allegedly discovered minors in Mr. Ochoa's residence.

On December 2, 2024, undersigned defense counsel emailed Officer McSorley to request all chronological entries into the United States Probation Office record-keeping system between May 20, 2024, and November 2, 2024, related to Mr. Ochoa. Officer McSorley responded the following day that they would oppose producing entries not related to the violation conduct and identified only those entries on May 20, 2024, and November 2, 2024, as relevant. In light of Officer McSorley's statement that only the May 20, 2024 and November 2, 2024 entries have discoverable information, the defense now requests only those entries.

In light of the foregoing, the parties hereby request that the Court enter an order directing the Probation Office to produce to the parties the May 20, 2024 and November 2, 2024 chronological entries into the United States Probation Office record-keeping system.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 5, 2024        */s/ Cody Chapple*
CODY CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 5, 2024        */s/ Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
LARRY OCHOA

**O R D E R**

The United States Probation Office is directed to produce to the parties the May 20, 2024 and November 2, 2024 chronological entries into the United States Probation Office record-keeping system.

IT IS SO ORDERED.

Dated:   **December 6, 2024**

UNITED STATES DISTRICT JUDGE