PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00262-JLT-SKO |
| Plaintiff, | |
| v. | **MOTION TO MODIFY COURT ORDER FOR RELEASE OF UNITED STATES PROBATION OFFICE RECORDS; AND ORDER** |
| LARRY OCHOA, | |
| Defendant. | |

The government hereby requests a modification of the Court's December 6, 2024, court order to release relevant documents in the possession of the United States Probation Office, including statements of witnesses that relates to the subject matter of their witness testimony. The Probation Office will not produce these records without a court order.

On November 5, 2024, a petition for warrant or summons for person under supervision was filed alleging two violations against Supervised Releasee Larry Ochoa. A revocation hearing is set for January 13, 2025. On December 6, 2024, the Court ordered the United States Probation Office produce to the parties the May 20, 2024, and November 2, 2024, chronological entries into the United States Probation Office record-keeping system. The Probation Office later produced those records.

On January 8, 2025, counsel for the government became aware of relevant chronological entries involving Ochoa on April 3, 2024; April 12, 2024; April 22, 2024; September 21, 2024; and October 27,

1

2024. The government also became aware that Ochoa took a partial polygraph exam on October 27, 2024, and that the report from that exam was produced to the Probation Office on November 4, 2024. Counsel for the government informed Ochoa's counsel the same day it learned of these notes. Ochoa's counsel informed the government that he objects to the release of these relevant documents.

On January 13, 2025, the probation officers will testify to facts involving Ochoa's violation. Under the Jencks Act and Rule 26.2, the government must produce any "statement" of a witness that relates to the subject matter of the witness's testimony. 18 U.S.C.A. § 3500; Fed. R. Crim. P. 26.2. The Court has discretion to make an evidentiary ruling on any grounds supported by the record. See *United States v. Ibarra-Pino*, 657 F.3d 1000, 1005 (9th Cir. 2011).

In light of this new information, the government hereby request the Court enter an order modifying its prior order and direct the Probation Office to produce to the parties the April 3, April 12, April 22, September 21, and October 27, 2024 chronological entries into the United States Probation Office record-keeping system, and Ochoa's October 27, 2024, polygraph report.

IT IS SO STIPULATED.

Dated:  January 10, 2025

PHILLIP A. TALBERT
United States Attorney

_____
Cody Chapple
Assistant United States Attorney

2

**ORDER**

The Probation Office is directed to produce to the parties the April 3, 2024; April 12, 2024; April 22, 2024; September 21, 2024; and October 27, 2024 chronological entries into the United States Probation Office record-keeping system, and the October 27, 2024, polygraph report.

IT IS SO ORDERED.

Dated:   **January 10, 2025**

UNITED STATES DISTRICT JUDGE