HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>LARRY OCHOA,<br><br>*Defendant.* | Case No. 1:08-cr-00262-JLT<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: March 3, 2025<br>Time; 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Larry Ochoa, that the Court may continue the sentencing hearing currently scheduled for February 10, 2025, to March 3, 2025, at 9:00 a.m.

On January 13, 2025, the Court held a contested hearing regarding Charges 1 and 2 in the Petition for Warrant or Summons for Person Under Supervision and found the charges to be true. The Court set the matter for sentencing on February 10, 2025, 9:00 a.m.

On January 30, 2025, the Probation Office filed its Dispositional Memorandum. The government filed its Sentencing Memorandum on February 3, 2025. Defense counsel requires additional time to review the Dispositional Memorandum with her client. The government and the probation officer do not oppose a continuance of the sentencing hearing to March 3, 2025.

///

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: February 6, 2025  */s/ Cody Chapple*
CODY CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: February 6, 2025  */s/ Erin M. Snider*
ERIN M. SNIDER
Assistant Federal Defender
Attorney for Defendant
LARRY OCHOA

# O R D E R

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for February 10, 2025, is hereby continued to March 3, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  **February 6, 2025**

_____
UNITED STATES DISTRICT JUDGE