HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LARRY OCHOA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LARRY OCHOA,<br><br>  Defendant. | Case No. 1:08-cr-00262-JLT-1<br><br>[~~PROPOSED~~] ORDER FOR RELEASE |

IT IS HEREBY ORDERED that defendant Larry Ochoa (USMS No. 64099-097) shall be released immediately.

IT IS SO ORDERED.

Dated:   **March 3, 2025**

_____
UNITED STATES DISTRICT JUDGE